IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff(s): Sarah R. Mobley and Kenneth Mobley | No. MD-15-02641-PHX-DGC<br><br>Civil Case No:<br><br>**SHORT FORM COMPLAINT** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party: Sarah Rosalie Mobley

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: Kenneth Mobley

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): Not applicable

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Missouri

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury: Minnesota

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence: <u>Minnesota</u>

7. District Court and Division in which venue would be proper absent direct filing:
<u>United States District Court, Western District of Missouri, Southern Division</u>

8. Defendants (check Defendants against whom Complaint is made):

    **X**     **C.R. Bard Inc.**

    **X**     **Bard Peripheral Vascular, Inc.**

9. Basis of Jurisdiction:

    ☐     Diversity of Citizenship

    ☐     Other:_____

a. Other allegations of jurisdiction and venue not expressed in Master

    Complaint: <u>Not applicable</u>

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐     Recovery® Vena Cava Filter

    ☐     G2® Vena Cava Filter

    **X**     **G2® Express (G2®X) Vena Cava Filter**

    ☐     Eclipse® Vena Cava Filter

    ☐     Meridian® Vena Cava Filter

    ☐     Denali® Vena Cava Filter

Other: _____

11. Date of Implantation as to each product: <u>07/14/2009</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

| X | Count I: Strict Product Liability – Manufacturing Defect |
|---|---|
| X | Count II: Strict Product Liability – Information Defect (Failure to Warn) |
| X | Count III: Strict Product Liability – Design Defect |
| X | Count IV: Negligence – Design |

| X | Count V: Negligence – Manufacture |
|---|---|
| X | Count VI: Negligence – Failure to Recall/Retrofit |
| X | Count VII: Negligence – Failure to Warn |
| X | Count VIII: Negligent – Misrepresentation |
| X | Count IX: Negligent Per Se |
| X | Count X: Breach of Express Warranty |
| X | Count XI: Breach of Implied Warranty |
| X | Count XII: Fraudulent Misrepresentation |
| X | Count XIII: Fraudulent Concealment |
| X | Count XIV: Violations of Applicable <u>Missouri</u> Law Prohibiting consumer Fraud and Unfair and Deceptive Trade Practices |
| X | Count XV: Loss of Consortium |
|   | Count XVI: Wrongful Death |
|   | Count XVII: Survival for Punitive |
|   | Other(s): _____ (please state the facts supporting) |

13. Jury Trial demanded for all issues so triable? <u>Yes</u>

Respectfully submitted this 11th day of July, 2017.

                                                   */s/ Barry D. Levy*
                                                   Barry D. Levy – (OH Reg #0018986)
                                                   **O'CONNOR, ACCIANI & LEVY LPA**
                                                   Attorney for Plaintiffs
                                                   600 Vine Street, Suite 1600
                                                   Cincinnati, Ohio 45202
                                                   Telephone: 513-241-7111
                                                   Facsimile: 513-241-7197
                                                   Email: BDL@oal-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing, richard.north@nelsonmullins.com; maria.turner@nelsonmullins.com; and matthew.lerner@nelsonmullins.com.

                                                         */s/ Barry D. Levy*
                                                         Barry D. Levy - 0018986
                                                         Attorney for Plaintiffs